UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOMAS GARCIA-GUZMAN,

        Petitioner(s),

v.

A. NEIL CLARK,

        Respondent(s).

NO. C09-803MJP

ORDER ON REPORT AND RECOMMENDATION

The above-entitled Court, having received and reviewed

1. Report and Recommendation (Dkt. No. 17)
2. Traverse/Objections to Report and Recommendation (Dkt. No. 18)

all attached declarations and exhibits, and the remainder of the record, makes the following ruling:

IT IS ORDERED that the Report and Recommendation is ADOPTED, Respondent's motion to dismiss is GRANTED, and this matter is DISMISSED.

**Discussion**

The facts are fully briefed in the Magistrate Judge's Report and Recommendation (R&R, pp. 2-3), and Petitioner concedes that they are "by and large correct." Objns., p. 1. The Court will not repeat them here.

Petitioner has been declared a removable alien and is currently in custody awaiting the results of his Ninth Circuit appeal. His Petition for Writ of Habeas Corpus (Dkt. No. 6) seeks the following relief:

> That the Court Order the Petitioner to be released on supervised release pending all finality *or that the court orders the Agency to hold a bond hearing* where individual factors are considered that can allow for the release of the Petitioner pending the conclusion of his legal matters with ICE and the District Courts and the Ninth Circuit.

**ORDER ON RPT & RECOMMEND'N - 1**

Pet'n, p. 2 (emphasis supplied).

As outlined in the facts contained in the R&R, Petitioner has received four bond hearings. At the last bond hearing at which Petitioner appeared (which was his third bond hearing; he withdrew his request for the fourth hearing after the fourth hearing was already set), his bond was lowered from $15,000 to $2,500. AR R80-89. Petitioner filed this writ prior to his bond being reduced. In addition to his request in the alternative that he either be granted supervised release "or that the court orders the Agency to hold a bond hearing," the Court also notes that the writ contains the representation that "Petitioner does assert the fact that he is not able to afford a large bond, but may be able to gain assistance from the community in gaining access to a low bond." Pet'n, p. 6.

The R&R recommends the dismissal of the petition on the grounds that Petitioner has obtained the relief he sought – a bond review which resulted in a substantially lower bond. Petitioner's objection to the recommendation is confined to the failure to grant him supervised release without the necessity of a bond. But the writ of habeas corpus only sought supervised release in the alternative, and Petitioner has obtained one form of relief he requested. The granting of supervised release is a discretionary act, and nowhere in his objections does Petitioner allege an abuse of that discretion. Petitioner cites to no authority, nor is the Court aware of any, that requires a grant of supervised release under his circumstances as a matter of right.

**Conclusion**

Petitioner has obtained the relief he sought by his writ of habeas corpus. The Respondent's motion to dismiss is GRANTED, and the petition filed in the above-entitled matter is DISMISSED.

The clerk is ordered to provide copies of this order to all counsel and to Judge Donohue.

Dated: November __18___, 2009

Marsha J. Pechman
U.S. District Judge

**ORDER ON RPT &
RECOMMEND'N** - 2