# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOMAS GARCIA-GUZMAN,<br><br>Petitioner,<br><br>v.<br><br>A. NEIL CLARK, Field Officer Director,<br>U.S. Immigration and Customs Enforcement,<br><br>Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C09-803-MJP |

\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Report and Recommendation is adopted and approved. Respondent's motion to dismiss, Dkt. No. 13, is GRANTED, and this action is DISMISSED .

Dated this _18th_ day of ___November___, 2009.

                                                BRUCE RIFKIN
                                                    Clerk

                                          /s Mary Duett
                                          Deputy Clerk